```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION
```

IN RE: WILLIAM DANIEL HERNDON,    {   CHAPTER 13
                                  {
                                  {
     DEBTOR(S)                    {   CASE NO. R18-41894-PWB
                                  {
                                  {   JUDGE BONAPFEL


**OBJECTION TO CONFIRMATION**


     COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

     1.   The Debtor(s)' payments under the proposed plan are not current.

     2.   The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d). (65 months).

     3.   The funding of post-petition mortgage payments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

     4.   Pursuant to the Debtor(s) testimony, the monthly expense for the Debtor's deed to secured debt payments are greater than that reflected on Schedule J, rendering the proposed plan and budget infeasible, in violation of 11 U.S.C. Section 1325(a)(6); specifically, the Debtor testified that his mortgage payment has increased to approximately $600.00 per month.

     5.   After review of scheduled income and anticipated household expenses, Debtor(s)' proposed budget may fail to provide sufficient funds for ordinary living expenses, in possible violation of 11 U.S.C. Section 1325(a)(6).


Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
albertg@atlch13tt.com

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                            _____/s/_____
                                            Albert C. Guthrie, Attorney
                                            for Chapter 13 Trustee
                                            GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
albertg@atlch13tt.com

R18-41894-PWB

**CERTIFICATE OF SERVICE**

     This is to certify that I have this day served

DEBTOR(S):

WILLIAM DANIEL HERNDON
3606 DEWS POND ROAD
CALHOUN, GA 30701

ATTORNEY FOR DEBTOR(S):

CHRIS RAMPLEY, ATTY.
P.O. BOX 927
ROME, GA 30162

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 8th day of October 2018



_____/s/_____
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
GA Bar No. 142399




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
albertg@atlch13tt.com